Jordana **VERA**, Petitioner

v.

**ATTORNEY GENERAL OF the UNITED STATES,** Respondent.

No. 11–3157.

United States Court of Appeals, Third Circuit.

June 13, 2012.

Camille J. Mackler, Esq., New York, NY, Brian J. Murray, Esq., Jones Day, Charles Roth, Esq., National Immigrant Justice Center, Chicago, IL, for Petitioner.

Sharon M. Clay, Esq., Eric H. Holder, Jr., Esq., Thomas W. Hussey, Esq., United States Department of Justice, Office of Immigration Litigation, Civil Division, Washington, DC, for Respondent.

Present: SLOVITER, VANASKIE, and GREENBERG, Circuit Judges.

## ORDER

MORTON I. GREENBERG, Circuit Judge.

1. Motion by Respondent to Dismiss Petition for Review for Lack of Ju-

---

risdiction and Request to Vacate Decision;

2. Response by Petitioner to Motion to Dismiss Petition for Review for Lack of Jurisdiction and Request to Vacate Decision;

3. Reply by Respondent to Petitioner's Response to Motion to Dismiss Petition for Review for Lack of Jurisdiction and Request to Vacate Decision.

The foregoing motion by Respondent to dismiss the petition for review for lack of jurisdiction and vacate the Court's opinion is granted and the petition for review is dismissed and the opinion is vacated. The Court is entering this order because there is no outstanding order of removal so there is nothing to review. The Court notes that it based its decision on the incorrect representation of the Department of Homeland Security that petitioner was admitted to the United States under the Visa Waiver Program and further notes that petitioner did not challenge this representation.